



★ ★ ★          ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00744-CV

Latshia **HAYNES**,
Appellant

v.

Lewis **HAYNES**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-13463
Honorable Peter A. Sakai, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed: December 23, 2009

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). Because the motion does not disclose an agreement of the parties regarding the assessment of costs, we order all costs assessed against appellant. *See* TEX. R. APP. P. 42.1(d)(absent agreement of the parties, costs are taxed against appellant).

PER CURIAM